# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

Bridget M. McCormack,
Chief Justice

160967

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 160967
                                       COA: 350635
                                       Ottawa CC: 18-042541-FH

ELI DOUGLAS VANECK,
      Defendant-Appellant.

_____/

      By order of May 29, 2020, the application for leave to appeal the January 23, 2020 order of the Court of Appeals was held in abeyance pending the decision in *People v Altantawi* (Docket No. 160436). On order of the Court, the case having been decided on February 26, 2021, ___ Mich ___ (2021), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



Clerk

t0526